PROB 12B
ED/AR (12/2012)

# United States District Court
## for the
## Eastern District of Arkansas



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 02 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Christopher Lee Wiedower | Case Number: 4:07CR00316 JLH |

Name of Sentencing Judicial Officer:   Honorable J. Leon Holmes
United States District Judge

Original Offense:   Possession of Child Pornography

Date of Sentence:   March 14, 2011

Original Sentence:   41 months Bureau of Prisons, 5 years supervised release, mandatory drug testing, substance abuse treatment, mental health treatment specializing in sexual offender treatment, alcohol abstinence, polygraph, must register, no direct contact with minors, no possession of pornographic material, financial disclosure, no new lines of credit, no online gaming, USPO to provide state officials with sex offender registration information, computer restriction, computer monitoring, internet monitoring, and $100 special penalty assessment

On March 14, 2011, an order was signed dismissing the special condition of no online gaming and computer restriction.

| | |
|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: October 21, 2011
Date Supervision Expires: October 20, 2016 |
| U.S. Probation Officer: Brenna Willis-Cross | Asst. U.S. Attorney: Mike Gordon | Defense Attorney: Jenniffer Horan |

## PETITIONING THE COURT

☐   To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒   To modify the conditions of supervision as follows:

**The defendant shall submit his person and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects to a search at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning a violation of a condition of supervised release or unlawful conduct by the person, and by any probation officer in the lawful discharge of the officer's supervision functions, pursuant to 18 U.S.C. § 3583 (d).**

Prob 12B            -2-            Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Christopher Lee Wiedower      Case Number: 4:07CR00316 JLH

## CAUSE

Mr. Wiedower's conviction involves a computer related crime. At this present time, Mr. Wiedower reports multiple computers in the home; however, he advised he does not have internet service. The U.S. Probation Office requests the condition be added to ensure that Mr. Wiedower is abiding by his condition of restrictions to possess or view any form of pornographic images or sexually explicit material. Jenniffer Horan of the Federal Public Defender's Office has been notified of this modification.

_____
Brenna Willis-Cross
U.S. Probation Officer

Date: April 1, 2014

_____
~~Jana Harris~~ Kristin Bryant
Assistant U.S. Attorney

Date: 4/1/14

Approved:
_____
Supervising U.S. Probation Officer

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

Apr 2, 2014
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c:   Assistant Federal Public Defender, Jenniffer Horan, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
     Assistant U.S. Attorney, Mike Gordon, P.O. Box 1229, Little Rock, AR 72203

PROB 49

**Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision**

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall submit his person and any property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects to a search at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning a violation of a condition of supervised release or unlawful conduct by the person, and by any probation officer in the lawful discharge of the officer's supervision functions, pursuant to 18 U.S.C. § 3583 (d).

Witness: _____  Signed: _____
U.S. Probation Officer                        Probationer or Supervised Releasee

3-27-14
DATE:

_____
FEDERAL DEFENDER